CLOSED

# U.S. District Court
## Southern District of Georgia (Waycross)
## CIVIL DOCKET FOR CASE #: 5:06-cv-00075-BAE-JEG
### Internal Use Only

Griffin v. Pfizer, Inc.
Assigned to: Judge B. Avant Edenfield
Referred to: Magistrate Judge James E. Graham
Demand: $75,000
Cause: 28:1332 Diversity-Product Liability

Date Filed: 09/19/2006
Date Terminated: 09/21/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

## Plaintiff

**William Griffin**
*widower, and as personal*
*representative of the estate of Shirley*
*Griffin, deceased*

represented by **Roger J. Dodd**
Spohrer, Wilner, Maxwell & Matthews, PA
701 W. Adams St.
Jacksonville, FL 32204
904-354-8310
Fax: 904-358-6889
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Willis H. Blacknall, III**
Thomas, Blacknall & Thomas
P.O. Box 98
Waycross, GA 31502-0098
912-284-5030
Fax: 912-284-0330
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Defendant

**Pfizer, Inc.**
*a foreign corporation*

represented by **N. Karen Deming**
Troutman Sanders, LLP
Bank of America Plaza
600 Peachtree St., NE
Suite 5200
Atlanta, GA 30308-2216
404/885-3000
Fax: 404/885-3900(fax)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



ATTEST: A TRUE COPY
Certified to_ 9|25|07
Erika Bacon
Deputy Clerk

| Date Filed | # | Docket Text |
|---|---|---|
| 09/19/2006 | ❏1 | COMPLAINT against Pfizer, Inc. ( Filing fee $ 350 receipt number 410032.), filed by William Griffin.(bk) (Entered: 09/20/2006) |
| 09/19/2006 | ❏2 | Summons Issued as to Pfizer, Inc.. (bk) (Entered: 09/20/2006) |
| 09/19/2006 | ❏3 | GENERAL ORDER RE Rule 26(f) requirements. Signed by Judge G. R. Smith on 9/19/06. (bk) (Entered: 09/20/2006) |
| 01/22/2007 | ❏4 | MOTION for Extension of Time to Serve Process by William Griffin. Responses due by 2/6/2007 REFERRED to Judge Graham.(evb) (Entered: 01/22/2007) |
| 01/23/2007 | ❏5 | ORDER REASSIGNING CASE. Case reassigned to Judge B. Avant Edenfield for all further proceedings. Judge William T. Moore no longer assigned to case. Signed by Judge William T. Moore on 1/23/2007. (mah) (Entered: 01/24/2007) |
| 01/24/2007 | ❏6 | MOTION for Leave to Appear Pro Hac Vice by Roger J. Dodd for William Griffin. Responses due by 2/8/2007 REFERRED to Judge Graham.(evb) (Entered: 01/25/2007) |
| 01/25/2007 | ❏ | PRO HAC VICE PAID by Roger J. Dodd for William Griffin; Amount 200.00 Receipt # 410955 Date: 1/25/07 (evb) (Entered: 01/25/2007) |
| 01/29/2007 | ❏7 | ORDER granting 6 Motion for Leave to Appear pro hac vice as to Roger J. Dodd . Signed by Judge James E. Graham on 1/29/2007. (CA) (Entered: 01/29/2007) |
| 01/29/2007 | ❏8 | ORDER granting 4 Motion for Extension of Time; absent a further Order of this Court, service of process shall be obtainded no later than 90 days from the date of this Order. Signed by Judge James E. Graham on 1/29/2007. (CA) (Entered: 01/29/2007) |
| 05/14/2007 | ❏9 | MOTION for Extension of Time to serve processs upon the defendant Pfizer by William Griffin. Responses due by 5/29/2007 REFERRED to Judge Graham.(wwp) (Entered: 05/14/2007) |
| 05/23/2007 | ❏10 | ORDER granting 9 Motion for Extension of Time to serve process; service of process shall be obtained no later than 90 days from date of this order. Signed by Judge James E. Graham on 5/23/07. (slt) (Entered: 05/23/2007) |
| 09/04/2007 | ❏11 | Litigants' Bill of Rights by Pfizer, Inc.. (wwp) (Entered: 09/05/2007) |
| 09/04/2007 | ❏12 | CERTIFICATE pursuant to Local Rule 3-2 by Pfizer, Inc.. (wwp) (Entered: 09/05/2007) |
| 09/04/2007 | ❏13 | ANSWER to Complaint by Pfizer, Inc..(wwp) (Entered: 09/05/2007) |
| 09/21/2007 | ❏14 | CONDITIONAL TRANSFER ORDER to MDL #1699 Northern District of California. Signed by Judge B. Avant Edenfield on 9/21/07. (evb) |

|  |  | (Entered: 09/25/2007) |
|---|---|---|
| 09/21/2007 | ○ | Case transferred to District of Northern California. Original file, certified copy of transfer order, and docket sheet sent. MDL#1699 assigned to the Honorable Charles R. Breyer, District of California (evb) (Entered: 09/25/2007) |