UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: BEXTRA AND CELEBREX
MARKETING SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

CASE NO.: 3:07-cv-05077-CRB
LEAD CASE NO.: M:05-cv-01699-CRB

William Griffin, widower, and as PERSONAL REPRESENTATIVE OF THE ESTATE OF SHIRLEY GRIFFIN, deceased,

Plaintiff,

vs.

PFIZER, INC., a foreign corporation,

Defendant.
_____/

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Comes now the Plaintiff, WILLIAM GRIFFIN, WIDOWER, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF SHIRLEY GRIFFIN, deceased, and Defendant, PFIZER, INC. by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: _____Oct. 12_____, 2009.

HARRELL & HARRELL, P.A.

*[signature: Donald F. Black]*
Donald F. Black
Florida Bar No: 227791
4735 Sunbeam Road
Jacksonville, FL 32257
(904) 251-1111
(904) 251-1110 (facsimile)

DLA PIPER

*[signature]*
_____
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 355-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 10/16/09

Hon. Charles
United States

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Charles R. Breyer]*